The Pennsylvania Company for Insurance on Lives and Granting Annuities, respondent,

*v.*

Bankers Trust Company, a banking corporation, &c., et al., appellants.

[Argued May term, 1941. Decided September 19th, 1941.]

*Mr. William Elmer Brown, Jr.,* for W. Lindley Jeffers et al.

*Mr. Emerson L. Richards, pro se.*

*Messrs. Bolte & Miller* and *Mr. Murray Fredericks,* for William I. Segal.

*Mr. Lewis P. Scott,* for the Commissioner.

*Messrs. Milton, McNulty & Augelli* and *Mr. Herbert Horn,* for Federal Deposit Insurance Corporation.

*Mr. Robert J. Tait Paul* and *Mr. Lawrence N. Park,* for the respondent.

Per Curiam.

The appeal is from an order striking certain answers in a foreclosure proceeding. We have carefully examined the reasons expressed by the learned Vice-Chancellor and the argument of counsel, and we can only conclude that the action taken was in all respects proper.

The order will be affirmed, with costs.

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Donges, Heher, Porter, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.